

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00094-CV

IN RE JAMES FLOYD, Relator

§ Original Proceeding

§ 396th District Court of Tarrant County, Texas

§ Trial Court No. 1494376

§ March 25, 2022

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered relator's petition for writ of prohibition and the real party in interest's response and holds that the petition should be conditionally granted. Accordingly, we (1) conditionally grant Relator James Floyd's writ of prohibition, (2) vacate our previous stay order, and (3) direct the trial court to refrain from conducting any further proceedings or taking any further action in trial court cause number 1494376 until the appeal in appellate court cause number 02-22-00004-CR is concluded by issuance of mandate by this court. The writ of prohibition will issue only if the trial court fails to act in accordance with this opinion.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Dabney Bassel_____
      Justice Dabney Bassel